Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor/Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 2:14-cv-01904-JCM-GWF |
| Bistro Central, LV LLC, | Bankruptcy Case No. 14-14931-ABL |
| Debtor. | Chapter 11 |
| Bistro Central, LV LLC, | Adversary Case No.: 14-01145-ABL |
| Plaintiff, | |
| v. | |
| Unite Here Health, by and through its fiduciary, Matthew Walker, | |
| Defendant. | |

**STIPULATION AND ORDER WITHDRAWING**
**MOTION TO WITHDRAW THE REFERENCE**

Bistro Central, LV LLC, (the "**Debtor**" or "**Plaintiff**") and Unite Here Health ("**UHH**" or "**Defendant**"), by and through their undersigned attorneys of record, hereby stipulate and agree to withdraw Defendant's Motion to Withdraw the Reference (the "**Motion**").

Page **1** of **3**

WHEREAS, on July 17, 2014, the Plaintiff filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code before the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**"), Case No. 14-14931-ABL (the "**Bankruptcy Case**");

WHEREAS, on September 26, 2014, the Plaintiff initiated that certain adversary complaint against the Defendant, Adversary Proceeding No. 14-01145-ABL (the "**Adversary Proceeding**");

WHEREAS, on October 27, 2014, the Defendant filed its Motion seeking relief before this Court pertaining to the Adversary Proceeding;

WHEREAS, on January 27, 2015, the Bankruptcy Court confirmed the Debtor's Chapter 11 Liquidating Plan (the "Plan"), which, among other things, resolved the Adversary Proceeding;

WHEREAS, on February 18, 2015, the Bankruptcy Court entered an order confirming the Debtor's Plan; and

WHEREAS, as the Debtor's Plan is now confirmed and the Adversary Proceeding resolved, the Motion is now moot. Accordingly, the parties desire to withdraw the Motion, which in turn, will allow the Bankruptcy Court to enter an order dismissing the Adversary Proceeding as agreed upon by the parties pursuant to the Plan.

NOW, THEREFORE, the Plaintiff and Defendant hereby stipulate and agree to the following, and concurrently seek this Court's approval of the same.

///

///

///

IT IS HEREBY STIPULATED AND AGREED that the Motion is hereby withdrawn.

| | |
|---|---|
| Date: March 24, 2015 | Date: March 24, 2015 |
| /s/ Bryan A. Lindsey | /s/ Daryl E. Martin |
| Samuel A. Schwartz, Esq. | Daryl E. Martin, Esq. |
| Nevada Bar No. 10985 | Nevada Bar No. 6735 |
| Bryan A. Lindsey, Esq. | Wesley J. Smith, Esq. |
| Nevada Bar No. 10662 | Nevada Bar No. 11871 |
| The Schwartz Law Firm, Inc. | Christensen James & Martin |
| 6623 Las Vegas Blvd. South, Suite 300 | 7440 W. Sahara Avenue |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89117 |
| Attorneys for the Debtor/Plaintiff | Attorneys for the Defendant |

Submitted by:

The Schwartz Law Firm, Inc.

By /s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ. #10985
Attorneys for the Debtor/Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2015